AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

In the Matter of the Seizure of )
*(Briefly describe the property to be seized)* )
)  Case No. 1:19-MJ-33
A white 2017 Ford F-150 pickup truck, VIN )
1FTEW1EG1HFB85829 )
)

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the **Northern** District of **Georgia** be seized as being subject to forfeiture to the United States of America. The property is described as follows:

**A white 2017 Ford F-150 pickup truck, VIN 1FTEW1EG1HFB85829**

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

YOU ARE COMMANDED to execute this warrant and seize the property on or before __3/12/2019__
*(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to
__Susan K. Lee, United States Magistrate Judge__ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days (not to exceed 30)   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 2/26/19 @ 3:23 pm   _____
                                              *Judge's signature*

City and state: __Chattanooga, Tennessee__   __Susan K. Lee, United States Magistrate Judge__
                                                    *Printed name and title*

AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>1:19-MJ- | Date and time warrant executed:<br>9:30 AM 3.6.19 | Copy of warrant and inventory left with:<br>Brian Samuels, Nalley Ford |
| Inventory made in the presence of:<br>Brian Samuels | | |
| Inventory of the property taken:<br><br>A white 2017 Ford F-150 pickup truck<br><br>VIN 1FTEW1EG1HFB85829 | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3.6.19

*Executing officer's signature*

PAUL J. FIKE   Special Agent
*Printed name and title*